IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JONES WELDING COMPANY, INC.,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 12-0741-CG-B ) |
| **PACECO CORPORATION, et al.,** | ) ) |
| Defendants. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court, and its is **ORDERED** that Plaintiff's Motion to Remand (Doc. 26) hereby is **DENIED**.

**DONE and ORDERED** this 17th day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE